### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**BRANDON SCOTT FAVRE**                                                          **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO.  1:06cv614LG-JMR**

**STATE OF MISSISSIPPI**                                                          **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby,

dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL

PROCEDURE.

**SO ORDERED AND ADJUDGED** this the 19th day of December, 2006.


*S/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATE DISTRICT JUDGE